IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES TRASK, | ) |
| Plaintiff, | ) |
| v. | ) No. 12 C 4048 |
| NEW YORK LIFE INSURANCE COMPANY and AARP OPERATIONS, | ) |
| Defendants. | ) |

MEMORANDUM ORDER

On May 30, 2012 this Court entered a brief memorandum order ("Order") dealing with the self-prepared Complaint that non-lawyer James Trask Jr. ("Trask") had brought against New York Life Insurance Company ("New York Life") and AARP Operations ("AARP"). Because the Order identified "a number of gaps in the Complaint that need to be filled before it can be determined whether this District Court has subject matter jurisdiction over Trask's claim," Trask was given until June 15 to amend the Complaint (or to file a self-contained Amended Complaint) to fill those gaps.[1]

Now Trask has indeed submitted his Amended Complaint. But unfortunately for his tenure in this District Court, the life insurance policy about whose non-payment he complains provided only $20,000 of coverage. Because that is far below the over-$75,000 floor required in diversity of citizenship cases and no federal question emerges from the Complaint's allegations, this Court must – and does – dismiss both the Complaint and this action for lack of subject matter jurisdiction.

---

[1] As the Order also stated, that opportunity to cure would spare Trask the burden of having to pay a second $350 filing fee, which would have been the result if (1) the initial Complaint had been dismissed because of Trask's initial failure to confirm the existence of federal subject matter jurisdiction but (2) it turned out that such jurisdiction actually existed.

This is of course a dismissal without prejudice, so that Trask may pursue his claim in a state court of competent jurisdiction.[2]

_____
Milton I. Shadur
Senior United States District Judge

Date: June 18, 2012

---

[2] Nothing said here indicates any view as to the merits of Trask's claim.